UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cr-20043-PCH

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**FRANKLIN PEREZ ESPINOSA,**

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Chief Magistrate Judge Edwin G. Torres's Report and Recommendation ("R&R") on Change of Plea [**ECF No. 53**], which was entered on August 9, 2024. In the R&R, Judge Torres found that the Defendant Franklin Perez Espinosa, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to commit health care fraud, in violation of Title 18, United States Code, 1349.

Chief Magistrate Judge Torres recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Torres's R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Chief Magistrate Judge Torres's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; (3) the August 2024 trial in this matter is hereby **CANCELLED**; (4) the pending Motion in Limine **[ECF No. 41]** is **DENIED AS MOOT**; and (5) a sentencing hearing is set for **Tuesday, October 29, 2024 at 10:00 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on August 15, 2024.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Edwin G. Torres
Counsel of record